### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KELI E. HARGROVE, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| vs. | )   Case No. CIV-04-1408-F |
| | ) |
| MILLICENT NEWTON-EMBRY, | ) |
| | ) |
|     Respondent. | ) |

### **O R D E R**

On May 19, 2006, United States Magistrate Judge Bana Roberts issued a Report and Recommendation (doc. no. 18), wherein she recommended that petitioner, Keli E. Hargrove's petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be denied.

Presently before the court is petitioner's objection to the Report and Recommendation. Pursuant to 28 U.S.C. §636(b)(1), the court has conducted a *de novo* review of the matter. Having done so, the court concurs with the analysis of Magistrate Judge Roberts. The court finds petitioner's objection to be without merit. The court therefore accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Bana Roberts on May 19, 2006 (doc. no. 18) is **ACCEPTED, ADOPTED**, and **AFFIRMED**.

Petitioner, Keli E. Hargrove's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254 by a Person in State Custody, filed October 25, 2004 (doc. no. 1), is **DENIED**. Judgment shall issue forthwith.

Entered this 9th day of June, 2006.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

04-1408p002.wpd